UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN EDWIN PARKER, JR. | CIVIL ACTION |
| VERSUS | NO. 24-1433 |
| DANIEL FLEISCHMAN, ET AL. | SECTION "R" (3) |

## ORDER AND REASONS

Plaintiff, John Edwin Parker Jr., filed this action pursuant to 42 U.S.C. § 1983 on June 3, 2024, while incarcerated at the St. Tammany Parish Jail.[1] Parker asserted claims concerning the conditions of his confinement and the alleged failure of the jail to provide adequate medical care for plaintiff's staph infection.[2] On June 25, 2024, mail sent to plaintiff at the St. Tammany Parish Jail, his address of record, was returned to the Court as undeliverable and stamped "NO LONGER IN THIS FACILITY."[3] On August 1, 2024, Magistrate Judge Eva J. Dossier issued a Report and Recommendation ("R&R"), recommending that the Court dismiss plaintiff's complaint without prejudice for failure to prosecute.[4] Parker did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United*

---

[1] R. Doc. 1.
[2] *Id.* at 4-6.
[3] R. Doc. 5.
[4] R. Doc. 6.

*Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Magistrate Judge Dossier's R&R as its opinion. Parker's complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this __19th__ day of August, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

2